# EXHIBIT 1

SECTION J

## A.1 Who is Involved?

### A.1.1 Unitronics:

| | |
|---|---|
| **CEO:** | Haim Shani |
| **Project Manager:** | Noam Azmon |
| **Mechanical Leader:** | Nisim Mordoch |
| **Control Leader:** | Philippe Zamor |
| **Software Leader:** | Ivgeny Blokh |

### A.1.2 EasyPark:

| | |
|---|---|
| **CEO:** | Jesse Levine |
| **Project Manager:** | Jesse Levine initially and then Phil Shelton |
| **Assistant Project Manager:** | Bob Stonier |
| **Product Engineering** | Brenda Crampton and Scott Clement |
| **Product Development:** | Scott Clement |
| **Product Marketing:** | Lesa Jameson |

---

**From:** Jesse Levine [mailto:Jesse@MyEasyPark.com]
**Sent:** Thursday, April 14, 2011 6:29 PM
**To:** 'Eyal Saban'
**Cc:** 'Haim Shani'; 'Yair Goldberg'; 'julie@myeasypark.com'
**Subject:** RE: BirdF proposal status

Hi Eyal, please see EasyPark resumes below for insertion into pages 59 and 60. They all follow the format for Unitronics, except for Julie Levine's, which is longer (perhaps this is an occupational hazard of having a long career !) I did not coordinate with Julie prior to sending this to you. I already shortened his CV substantially, leaving in the elements I believe are relevant both to BIRD and to having a senior adivor's perspective of the best places to start with in terms of retrofitting the hardware into existing facilities.

Feel free if you wish to shorten as you see fit or to leave as is.

More to follow,

Thanks, Jesse

**EasyPark:**

Many of the persons listed below have been affiliated with Atlas Technologies for many years. Given that Atlas is EasyPark's affiliate, these employees can assist in the workload for both entities and they will be tasked with working on various aspects of the innovation described herein.

- Jesse Levine is a founder of EasyPark and a co-founder of the holding company which has owned EasyPark's affiliate Atlas Technologies since 1996. He originated the discussions with Brandywine Realty Trust in early 2008, and these discussions led to the development beginning in mid year 2009 of the Juniper Street garage which as noted is one of the

5

largest transient oriented fully automated garages in the United States. He has extensive senior management experience in capacities including chief executive officer, chief financial officer, treasurer, and managing member, both in the United States and Europe, and as an entrepreneur in business segments including industrial machinery (including metal forming automation equipment, semiconductor production equipment, and automated parking equipment), machinery controls, and finance. He also has experience in developing real estate in the U.S. He earned his economics degree from the University of Michigan, with distinction highest honors, and is a Chartered Financial Analyst (CFA).

- Mr. Scheinfeld is a Member of EasyPark, LLC. He was a founder and Managing Member of Fusion Capital, a Chicago based investment fund started in 1999 that has funded or committed to fund over $700 million. In addition, Mr. Scheinfeld is a serial entrepreneur and has extensive experience in starting, running and raising capital for public and private companies as well as real estate ventures. While a management consultant at McKinsey & Company, Inc., he was part of teams that solved business problems for Fortune 500 companies. Mr. Scheinfeld practiced law at the Chicago law firm of Katten Muchin Rosenman LLP where he specialized in corporate acquisition, securities and venture capital transactions. Mr. Scheinfeld received his Juris Doctor, Cum Laude, from Harvard Law School. Mr. Scheinfeld graduated Phi Beta Kappa with a BA in Economics and Distinction in all Subjects from Cornell University.

- ==Julius Levine serves as a senior advisor, intensively involved with EasyPark==, particularly with regard to sourcing, analyzing, and managing the consideration of automated garage real estate development projects which EasyPark reviews on a regular basis. He has close to 50 years of experience in the real estate development business, as an advisor and principal. A substantial focus of his work has been on revitalization of downtown areas and densely populated communities. In this regard, he has an experienced vantage point with respect to the commercialization potential of the hardware innovation. Mr. Levine was a co-founder of Gladstone Associates, an economic feasibility and real estate planning firm with a practice throughout the United States and selective foreign locales. Mr. Levine's professional engagements have included those for the public sector (spanning federal, state, municipal, county, town, and village levels), and work for private concerns, institutions, non-profit organizations, and individuals across a wide spectrum of interests. His experience has entailed analysis of market potentials, formulating development programs, determining project feasibility, and identifying correlated amenities to enhance the qualitative character of prospective real estate and public sector ventures.

  He has advised on real estate policies focused on a variety of issues. Examples include: evaluating ways and means for mitigating residential needs (for the President's Committee on Urban Housing, District of Columbia, and collaborative studies with the Urban Institute); rejuvenating aging historic enclaves with a new complement of diverse activities (for the Pennsylvania Avenue Development Corporation; Boston's Fanuel Hall, Georgetown's public market); examining alternative transportation plans, encompassing transit and automotive options, in support of regional change (for the State of Maryland, metropolitan Boston, and creation of the Conrail system); assessing environmental impacts from planned major centers (in Connecticut, Vermont, and New York); and establishing growth options, and allied infrastructure (for rapidly expanding areas in Virginia, North Carolina, Minnesota, and the state of Washington).

  In his service as Chair of the Intergovernmental Steering Committee (constituting the Mayor of Washington, D.C., the U.S. Secretary of Transportation, President of Amtrak, Head of the Federal Railway Administration, and other elected and appointed officials), Mr. Levine helped facilitate a consensus action plan for restoring Washington D.C.'s Union Station, which at that point was close to demolition. He and colleagues performed as the principal coordinating advisor selected to renew this landmark in the nation's capital into a vibrant,

contemporary mixed use development. He also advised the Architect of the United States Capitol on urban design, feasibility, and fiscal issues, and selection of a builder/architectural team that developed the Thurgood Marshall Judiciary Office complex.

Starting in the early 1970s, and running for a period of approximately 15 years, he also served as an economic/planning advisor to the Jerusalem Renewal Authority, a body consisting of national, municipal, and civic representatives. In collaboration with Moshe Safdie and other professionals, the Mamilla area --- leading to the famed ancient, walled city --- has been transformed into a contemporary mixed use development.

Mr. Levine has taught for more than 40 years at the Catholic University of America School of Architecture and Planning. He also served for many years as president of several community based educational institutions including the Charles E. Smith Jewish Day School (www.CESJDS.org) and Capital Camps (www.CapitalCamps.org), a Jewish summer camp which he helped established in West Virginia. He also has been a board member of several non-profit agencies. By virtue of his professional contributions he was designated a Fellow of the American Institute of Certified Planners. His Masters in City and Regional Planning was conferred by the Massachusetts Institute of Technology, and his undergraduate degree in liberal arts and civil engineering was granted through a joint program between Brooklyn College and City College of New York.

- Phil Shelton. Mr. Shelton is an Atlas and EasyPark Senior Contract Manager, and has been affiliated with Atlas for 23 years. Of relevance, he was the project manager for the automated garage development at 101 South Juniper Street in Philadelphia, which involved the design and manufacture of 228 fully automated parking spaces on a 59 foot by 100 foot site. The site contained an 80 year old building which was retrofitted with the automated garage system. Mr. Shelton attended the University of Michigan.

- Scott Clement. Mr. Clement is a Controls Engineering Manager. He was intensively involved on the Juniper fully automated 228 parking space project in Philadelphia noted above. The Philadelphia project involved, in part, integration of a customized parking access and revenue control system (PARCS) overlay with a separate parking equipment and machinery controls and software system. Mr. Clement is familiar with many of the software overlay and interface issues we expect to address as part of the software innovations described herein. Mr. Clement has been employed with Atlas for 19 years and he is a graduate of the University of Michigan.

- Bob Stonier. Mr. Shelton has extensive experience in contract management, including for projects which involve new technology applications, both in the United States and overseas, with particular emphasis in China. He was recently the contract manager for a first of its kind aluminum blank handling system for a metal forming company which stamps aluminum casings for end customers such as Apple Computer. He has been with Atlas for 13 years and attended Oakland University.

- Brenda Crampton. Ms. Crampton serves as Director of Mechanical Engineering. She is familiar with the engineering requirements in connection with the Philadelphia garage project. More generally, during her 16 years with Atlas, she has frequently worked on innovative designs using new or advanced technologies in order to engineer effective solutions for complex applications. She is a graduate of Mott College in Flint, Michigan.

**From:** Eyal Saban [mailto:eyal.saban@unitronics.com]
**Sent:** Thursday, April 14, 2011 1:28 PM